**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CRISTIAN SANCHEZ, on behalf of himself
and all others similarly situated,

        Plaintiffs,

        -against-

TRADESTATION GROUP, INC.

        Defendant.

Case No.  1:21-cv-04723

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**

        **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
        July 26, 2021

        Respectfully submitted,

        By: /s/ *Joseph H. Mizrahi*
        Cohen & Mizrahi LLP
        *Attorneys for Plaintiff*

The Clerk of Court is respectfully directed to close this case.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
July 27, 2021